MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the defendant for permission to amend his assignment of errors in the appeal from the Superior Court in Fairfield County is denied.

*William C. Strong* and *John J. Sullivan,* in support of the motion.

Submitted October 9—decided October 23, 1968

---

CARL GERR *v.* YALE UNIVERSITY

The motion by the plaintiff for permission to file an appendix to his brief in the appeal from the Superior Court in New Haven County is denied.

*Mitchel W. Garber,* in support of the motion.

Submitted October 11—decided October 23, 1968

---

STATE OF CONNECTICUT *v.* LINDA IZZO

The petition by the defendant for review of the amount and security of the bond in the appeal from the Circuit Court in the fourteenth circuit is dismissed without hearing.

*Joseph D. Harbaugh,* in support of the petition.

Submitted October 23—decided October 23, 1968